UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MERCHAN and
JENNIFER MERCHAN,

    Plaintiffs,                                     Case No. 11-cv-13777

v.                                               HONORABLE STEPHEN J. MURPHY, III

ALLEN PARK POLICE DEPARTMENT,
et al.,

    Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to Defendants' March 6, 2012, Rule 68 Offer of Judgment (docket no. 10) and Plaintiffs' March 9, 2012, Acceptance of Defendants' Rule 68 Offer of Judgment (docket no. 11), Judgment is hereby entered against the Defendants in the amount of Five Thousand ($5,000.00) Dollars, inclusive of all interest, costs, and attorney's fees;

**IT IS FURTHER ORDERED** that interest shall run at the applicable statutory rate from the date of entry of this Judgment until satisfied.

    **SO ORDERED**.

                                                    s/Stephen J. Murphy, III
                                                    STEPHEN J. MURPHY, III
                                                    United States District Judge

Dated: March 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2012, by electronic and/or ordinary mail.

                                                    Carol Cohron
                                                    Case Manager